■ STEPHEN APPLEBEE, Appellant, v COUNTY OF CAYUGA, Respondent and Third-Party Plaintiff. VILLAGE OF PORT BYRON, Third-Party Defendant-Respondent. (Appeal No. 2.) [958 NYS2d 923]—Appeal from an order of the Supreme Court, Cayuga County (Mark H. Fandrich, A.J.), entered September 6, 2011 in a personal injury action. The order, among other things, denied plaintiff's motion to vacate the judgment.

It is hereby ordered that the order so appealed from is unanimously reversed on the law without costs, plaintiff's motion to vacate the judgment entered by the Cayuga County Clerk on February 9, 2011 is granted, and a new trial is granted.

Same memorandum as in *Applebee v County of Cayuga* (103 AD3d 1267 [2013]). Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.

■ In the Matter of ANDREA J. BALL, Respondent, v SCOTT D. MARSHALL, Appellant. (Appeal No. 1.) [958 NYS2d 923]—Appeal from an order of the Family Court, Oswego County (Donald E. Todd, J.), entered December 29, 2011 in a proceeding pursuant to Family Court Act article 4. The order, inter alia, confirmed the determination of the Support Magistrate that respondent had willfully violated an order of child support.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Eric D.* [appeal No. 1], 162 AD2d 1051 [1990]). Present—Centra, J.P., Peradotto, Lindley, Whalen and Martoche, JJ.